

# Fourth Court of Appeals
## San Antonio, Texas

November 22, 2022

No. 04-22-00326-CV

Zulema J. **GARZA,**
Appellant

v.

Zulema J. **GARZA,** Jose Juan Garza, II, Andres Garza, Alejandro Garza, and Gabriel Garza,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2020-CVK-002209-D1
Honorable Joe Lopez, Judge Presiding

# O R D E R

On November 16, 2022, appellant Zulema J. Garza filed a letter we construe as a motion requesting an extension of time to file her brief and copy of the appellate record. After consideration, we **grant** appellant's requests and direct the Clerk of this Court to mail appellant a copy of the appellate record on CD-ROM. We further **order** appellant's brief due **by December 21, 2022.** Appellant is advised no further extensions of time will be granted absent extraordinary circumstances. Appellant is further advised if she believes the reporter's record is incomplete, she may contact the court reporter and request a supplemental record containing the omitted items pursuant to Texas Rule of Appellate Procedure 34.6(d).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of November, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court